1  JOHN P. SHANNON
   Nevada Bar No. 7906
2  JASON S. COOK
   Nevada Bar No. 7965
3  LAW OFFICE OF WILLIAM H. JACKSON
4  6130 Elton Avenue
   Las Vegas, Nevada 89107
5  Phone: (702) 489-3030
   Facsimile: (702) 489-3033
6
7  Attorneys for Plaintiff
   ESTEVAN ALVARADO-HERRERA
8
9                    UNITED STATES DISTRICT COURT
10
11               DISTRICT OF NEVADA, SOUTHERN DIVISION

12 ESTEVAN ALVARADO-HERRERA, an          )
   individual;                           )
13                                        )
                                          )
14          Plaintiff,                    )   Case No.: 2:19-cv-00748-JAD-VCF
                                          )
15      vs.                               )
                                          )
16 JOSE LUIS ALVAREZ, JR, individually; R & )
   A CARRIERS, INC., a Texas corporation; and, )
17 DOES I through X, inclusive,           )
                                          )
18          Defendants.                   )
                                          )
19 _____)
                                          )
20 ACUITY, A MUTUAL INSURANCE            )
   COMPANY                                )
21                                        )
            Intervenor.                   )
22 _____)

23
24      **STIPULATION AND ORDER TO FILE AMENDED COMPLAINT**
   **TO NAME ADDITIONAL DEFENDANTS ALVARO JOSE MEDEL, AN INDIVIDUAL;**
25   **AND, ONE WAY TRUCKING, LLC., A TEXAS LIMITED LIABILITY COMPANY**

26      **IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record,

27 Plaintiff **ESTEVAN ALVARADO-HERRERA**, represented by JASON S. COOK, ESQ. and JOHN P.

28 SHANNON, ESQ. of LAW OFFICE OF WILLIAM H. JACKSON, LLC and Defendant **R & A**

**CARRIERS, INC.** represented by D. LEE ROBERTS, JR., ESQ. and DANIELA LaBOUNTY, ESQ. of WEINBERG WHEELER HUDGINS GUNN & DIAL that Plaintiff shall be permitted to file an Amended Complaint, pursuant to Fed. R. Civ. P. 15(a), in order to name additional Defendants **ALVARO JOSE MEDEL, an individual, and ONE WAY TRUCKING, LLC., A TEXAS LIMITED LIABILITY COMPANY.**

Although Defendant R & A CARRIERS, INC. stipulates to add ALVARO JOSE MEDEL and ONE WAY TRUCKING, LLC, as parties in this action, Defendant R & A CARRIERS does not stipulate to or concede the facts as alleged in the Amended Complaint, and reserves the right to deny any and all allegations contained therein. Defendant R & A CARRIERS, INC. further reserves the right to file any Fed. Rule 12(b) pleadings in response to the Amended Complaint.

///
///
///
///
///
///
///
///
///
///
///
///
///

A copy of Plaintiff's proposed Amended Complaint is attached hereto. Plaintiff proposes to amend the Complaint filed on January 14, 2019 to name the additional Defendants.

DATED this 20th day of August, 2019

LAW OFFICE OF WILLIAM H. JACKSON

By _____ /s/ John P. Shannon _____
  JOHN P. SHANNON, ESQ.
  Nevada Bar No. 7906
  JASON S. COOK, ESQ.
  Nevada Bar No. 7965
  6130 Elton Avenue
  Las Vegas, Nevada 89107
  Attorney for Plaintiff

DATED this 20th day of August, 2019.

WEINBERG WHEELER HUDGINS GUNN
  & DIAL

By _____ /s/ Daniela LaBounty _____
  D. LEE ROBERTS, JR., ESQ.
  Nevada Bar No. 8877
  DANIELA LaBOUNTY, ESQ.
  Nevada Bar No. 13169
  6385 S. Rainbow Blvd., Suite 400
  Las Vegas, Nevada 89118
  Attorney for Defendant R&A Carriers, Inc.

DATED this 20th day of August, 2019

ROGERS MASTRANGELO CARVALHO
& MITCHELL

By _____ /s/ Marissa R. Temple _____
  MARISSA R. TEMPLE, ESQ.
  Nevada Bar No. 9028
  700 S. Third Street
  Las Vegas, Nevada 89101
  Attorneys for Intervenor

///

///

///

## ORDER

Upon the foregoing Stipulation, and the Court having considered the same,

**IT IS HEREBY ORDERED** that Plaintiff may file an Amended Complaint in order to name **ALVARO JOSE MEDEL, an individual, and ONE WAY TRUCKING, LLC., A TEXAS LIMITED LIABILITY COMPANY** in this matter. IT IS HEREBY ORDERED that Plaintiff must file the Amended Complaint on or before August 27, 2019.

DATED this ___20th___ day of _____August_____, 2019.

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

By: ___/s/ John P. Shannon___
    JOHN P. SHANNON, ESQ.
    Nevada Bar No. 7906
    JASON S. COOK, ESQ.
    Nevada Bar No. 7965
    6130 Elton Avenue
    Las Vegas, Nevada 89107
    Attorney for Plaintiff

ATTACHMENT

JOHN P. SHANNON
Nevada Bar No. 7906
JASON S. COOK
Nevada Bar No. 7965
LAW OFFICE OF WILLIAM H. JACKSON
6130 Elton Avenue
Las Vegas, Nevada 89107
Phone: (702) 489-3030
Facsimile: (702) 489-3033

Attorneys for Plaintiff
ESTEVAN ALVARADO-HERRERA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual;<br><br>               Plaintiff,<br><br>     vs.<br><br>JOSE LUIS ALVAREZ, JR, individually; R & A CARRIERS, INC., a Texas corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and, DOES III through X, inclusive,<br><br>               Defendants.<br>_____<br>ACUITY, A MUTUAL INSURANCE COMPANY<br><br>               Intervenor. | Case No.: 2:19-cv-00748-JAD-VCF<br><br><br>**<u>AMENDED COMPLAINT</u>** |

Plaintiff ESTEVAN ALVARADO, individually, by and through their attorney of record, JOHN

P. SHANNON and JASON S. COOK, of the LAW OFFICE OF WILLIAM H. JACKSON, LLC and for

their claims of relief against Defendants JOSE LUIS ALVAREZ, JR.; R & A CARRIERS, INC.; ALVARO JOSE MEDEL; and, ONE WAY TRUCKING, LLC., allege and complain as follows:

## GENERAL ALLEGATIONS

1. That at all time relevant hereto, Plaintiff ESTEVAN ALVARADO-HERERRA, individually, (hereinafter "ALVARADO"), is and was a resident of the County of Clark, State of Nevada.

2. Upon information and belief, at all times herein mentioned, Defendant JOSE LUIS ALVAREZ, JR. (hereinafter "ALVAREZ"), is and was a resident of the State of Texas.

3. Upon information and belief, at all times herein mentioned, Defendant R and A CARRIERS (hereinafter "R & A"), is and was a Texas corporation that was registered to do business in, doing business in and/or maintained a principal place of business in the County of Clark, State of Nevada.

4. Upon information and belief, at all times herein mentioned, Defendant ALVARO JOSE MEDEL (hereinafter "MEDEL"), previously identified as DOE I, is and was a resident of the State of Texas.

5. Upon information and belief, at all times herein mentioned, Defendant ONE WAY TRUCKING, LLC. (hereinafter "ONE WAY TRUCKING"), previously identified as DOE II, is and was a Texas Limited Liability Company that was registered to do business in, doing business in and/or maintained a principal place of business in the County of Clark, State of Nevada.

6. That all acts and omissions referenced herein occurred within the County of Clark, State of Nevada.

7. That the true names and identities, whether, corporate, associate or otherwise, of Defendants DOES III through X are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges that each Defendant designated herein as a DOE was the agent, servant, employee, or corporate employer of the other, acting within the

scope and purpose of said agency, service, employment, or corporate activity; Defendants may have been, and/or are, the owners and operators of the motor vehicle, and/or their employers and/or family members who, while in the course and scope of employment and/or family purpose, entrusted and drove in such a negligent and careless manner so as to cause injuries to the Plaintiff. Plaintiff request leave of the Court to amend this Complaint to name Defendants specifically when their identities become known.

8.     That DOES III through X are immediate family members of Defendants who may be liable for Defendants' negligence pursuant to NRS 41.440, which states:

> Any liability imposed upon a wife, husband, son, daughter, father, mother, brother, sister or other immediate member of a family arising out of his or her driving and operating a motor vehicle upon a highway with the permission, express or implied, of such owner is hereby imposed upon the owner of the motor vehicle, and such owner shall be jointly and severally liable with his or her wife, husband, son, daughter, father, mother, brother, sister or other immediate member of a family for any damages proximately resulting from such negligence or willful misconduct, and such negligent or willful misconduct shall be imputed to the owner of the motor vehicle for all purposes of civil damages.

9.     That DOES III through X are employers of Defendants who may be liable for Defendants' negligence pursuant to NRS 41.130, which states:

> Except as otherwise provided in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

10.     That Plaintiff is further informed and believes, and on that basis alleges, that certain witnesses are known to Plaintiff as witnesses. However, Plaintiff does not yet know whether or not particular witnesses have culpability in this matter at this time. However, once Plaintiff has determined the true culpability of one or more of the DOE and ROE CORPORATION Defendants, he will amend

his complaint to set forth facts and claims alleging the actual culpability and to substitute such witnesses for DOE and ROE CORPORATION Defendants.

### FIRST CAUSE OF ACTION
**NEGLIGENCE**
**(Against All Defendants)**

11. Plaintiff hereby realleges and incorporates all previous paragraphs of this Complaint, as if set forth fully herein.

12. On or about January 30, 2017, Plaintiff ALVARADO was standing outside of the left side of his vehicle, a 2012 Ford Transit Connect van, with the left sliding door opened, while located in a private parking lot at 4210 West Patrick Lane, in the County of Clark, State of Nevada.

13. On or about January 30, 2017, Defendant ALVAREZ was driving a 2015 Dodge Ram 3500 pickup truck that was towing a travel trailer, and was traveling eastbound in the parking lot of 4210 West Patrick Lane. Defendant ALVAREZ performed a sharp right turn to travel southbound across the parking lot toward the exit/entrance gate.

14. During Defendant ALVAREZ's turn, the right side of the trailer being towed by Defendant ALVAREZ collided with left sliding door of Plaintiff ALVARADO'S vehicle.

15. As Defendant ALVAREZ continued with his turn, left sliding door of Plaintiff ALVARADO's vehicle became lodged onto the Defendant ALVAREZ's trailer near a cargo strap assembly.

16. During the continued travel of the Defendant ALVAREZ's vehicle, violent contact was also made with the Plaintiff, ALVARADO, who became caught between the left door of his vehicle, and the right side of the Defendant ALVAREZ's trailer. The right side of Defendant ALVAREZ's trailer ripped the left cargo door of the Plaintiff ALVARADO's vehicle.

17. That Defendant ALVAREZ owed a duty of care in the operation of the 2015 Dodge Ram 3500 pickup truck and trailer.

18. That by operating said vehicle and trailer in such a careless and reckless manner, Defendant ALVAREZ breached his duty of care and was therefore negligent.

19. That at all times relevant hereto, Defendant ALVAREZ was operating the 2015 Dodge Ram 3500 pickup truck and trailer in the course and scope of his employment with either Defendant R & A, Defendant MEDEL; and/or Defendant ONE WAY TRUCKING, and/or with the express or implied permission of the owner of the vehicle, Defendant R & A; Defendant MEDEL; and/or, Defendant ONE WAY TRUCKING.

20. That Defendant R & A; Defendant MEDEL; and/or, Defendant ONE WAY TRUCKING is therefore liable for Defendant ALVAREZ's negligence pursuant to Nevada law, NRS 41.130.

21. As a direct and proximate result of the negligence, of Defendant ALVAREZ; Defendant R & A; Defendant MEDEL; and/or, Defendant ONE WAY TRUCKING, as herein alleged, Plaintiff ALVARADO sustained several severe physical injuries resulting in past and future general and special damages, including but not limited to: pain and suffering; emotional anxiety and distress; loss of enjoyment of life; medical treatment, including invasive surgical procedures and associated medical expenses; lost wages, loss of future earnings and earning capacity; loss of household services; and other incident expenses and damages; with said past and future general and special damages in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

22. As a direct and proximate result of the negligence of Defendants ALVAREZ; Defendant R & A; Defendant MEDEL; and/or, Defendant ONE WAY TRUCKING, as herein alleged, it has been necessary for Plaintiff ALVARADO to retain the Law Office of William H. Jackson to prosecute this action, and Plaintiff is therefore entitled to recover his reasonable attorney's fees and costs.

WHEREFORE, Plaintiff prays for judgment as follows:

1.  General and emotional damages in an amount in excess of $75,000.00, exclusive of interest and costs;

2.  For past special damages in an amount in excess of $75,000.00 to be proven at trial, exclusive of interest and costs;

3.  For future medical care, future loss of income and earning capacity, future loss of household services, and future pain, suffering, emotional anxiety and distress in excess of $75,000.00 to be proven at trial, exclusive of interest and costs;

4.  For pre-judgment and post-judgment interest, attorney's fees, costs of suit; and

5.  For such other and further relief as the court may deem just, equitable and proper in the premises.

DATED this _____ day of _____, 2019.

                    LAW OFFICE OF WILLIAM H. JACKSON


                    By:_____
                        JOHN P. SHANNON, ESQ.
                        Nevada Bar No.: 7906
                        JASON S. COOK, ESQ.
                        Nevada Bar No. 7956
                        6130 Elton Avenue
                        Las Vegas, Nevada 89107
                        *Attorney for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of _____, 2019, a true and correct copy of the foregoing AMENDED COMPLAINT was electronically filed and served on counsel through the Court's Electronic Filing System of the United Stated District Court, via the electronic mail addresses noted below, unless service by another method is stated or noted:

D. Lee Roberts, Jr., Esq.
jroberts@wwhgd.com
Daniela LaBounty, Esq.
dlabounty@wwgd.com
Weinberg Wheeler Hudgins
 Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Attorneys for Defendant

Marissa R. Temple, Esq.
mtemple@rmcmlaw.com
Rogers Mastrangelo Carvalho & Mitchell
700 South Third Street
Las Vegas, Nevada 89101
Attorney for Intervenor

_____
An employee of
LAW OFFICE OF WILLIAM H. JACKSON, LLC