JOHN P. SHANNON
Nevada Bar No. 7906
JASON S. COOK
Nevada Bar No. 7965
LAW OFFICE OF WILLIAM H. JACKSON
6130 Elton Avenue
Las Vegas, Nevada 89107
Phone: (702) 489-3030
Facsimile: (702) 489-3033

Attorneys for Plaintiff
ESTEVAN ALVARADO-HERRERA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS ALVAREZ, JR, individually; R & A CARRIERS, INC., a Texas corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and, DOES III through X, inclusive, <br><br> Defendants. <br><br>―――――――――――――――――――― <br><br> ACUITY, A MUTUAL INSURANCE COMPANY <br><br> Intervenor. | Case No.: 2:19-cv-00748-JAD-VCF <br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff **ESTEVAN ALVARADO-HERRERA**, Defendant **R & A CARRIERS, INC.**, and Intervenor **ACUITY A MUTUAL INSURANCE COMPANY**, by and through their respective counsel

-1-

of record, Stipulated to a Discovery Plan and Scheduling Order on August 2, 2019 in the parties Stipulation and Order to Extend Discovery Period as follows:

1. **DISCOVERY CUT-OFF DATE.** The parties Stipulated to extend Discovery Cut-Off to **January 28, 2020.**

2. **LAST DAY TO AMEND PLEADINGS AND/OR ADD PARTIES.** Shall occur ninety (90) days prior to the Discovery Cut-off date – in this matter: **October 28, 2019**.

3. **DISCLOSURE OF EXPERTS.** The last day for disclosing experts will be sixty (60) days before the close of discovery which is **November 27, 2019**.

4. **REBUTTAL EXPERTS.** The last day for disclosing rebuttal experts shall be thirty (30) days after the disclosure of initial experts which is **December 27, 2019**.

5. **DISPOSITIVE MOTIONS.** The last date for filing dispositive motions shall be no later than thirty (30) days after the close of discovery which is **February 28, 2020**.

6. **PRE-TRIAL ORDER.** The Joint Pre-Trial Order shall be filed no later than thirty (30) days after the date set for the filing of dispositive motions which is **March 30, 2020**. The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the Pre-Trial Order. In the event dispositive motions are filed, the filing of the Pre-Trial shall be suspended until thirty (30) days after the Court enters its decision on the dispositive motion, if any.

7. **ALTERNATIVE DISPUTE RESOLUTION.** The parties met previously determined that the possibility of using alternative dispute-resolution processes including mediation and arbitration, and the parties determined it was premature to discuss such measures at this time, but will consider alternative dispute resolutions as the case moves forward.

8.     **ALTERNATIVE FORMS OF CASE DISPOSITION.**  The parties considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program, and at this time do not consent to trial by magistrate or the short trial program.

9.     **ELECTRONIC EVIDENCE.**  The parties certified they discussed whether they intend to present evidence in electronic format to jurors, and the parties determined at this time there would not be any.  If the parties revisit the presentation of any electronically stored information, they will file the appropriate stipulation with the Court.

Plaintiff ESTEVAN ALVARADO-HERRERA filed his Amended Complaint against Defendant **One Way Trucking, LLC** and Defendant **Alvaro Jose Medel** on August 29th, 2019.

Defendant **Acuity** filed its' Answer to the Amended Complaint on August 29th, 2019.  Defendant **R & A Carriers, Inc**. filed its' Answer to the Amended Complaint on September 10th, 2019.

///

///

///

///

///

///

///

///

///

///

///

///

Defendant **One Way Trucking, LLC** was served with the Summons and Amended Complaint on September 13, 2019. Defendant **Alvaro Jose Medel** was served with the Summons and Amended Complaint on September 10, 2019. Neither Defendant One Way Trucking, LLC nor Defendant Alvaro Jose Medel has filed an Answer to the Amended Complaint.

DATED this 14th day of October, 2019.   DATED this 14th day of October, 2019.

LAW OFFICE OF WILLIAM H. JACKSON   WEINBERG WHEELER HUDGINS GUNN & DIAL

By _/s/ John P. Shannon_   By _/s/ Daniela LaBounty_
   JOHN P. SHANNON, ESQ.      D. LEE ROBERTS, JR., ESQ.
   Nevada Bar No. 7906      Nevada Bar No. 8877
   JASON S. COOK, ESQ.      DANIELA LaBOUNTY, ESQ.
   Nevada Bar No. 7965      Nevada Bar No. 13169
   6130 Elton Avenue      6385 S. Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89107      Las Vegas, Nevada 89118
   Attorney for Plaintiff      Attorney for Defendant R&A Carriers, Inc.

DATED this 14th day of October, 2019.

ROGERS MASTRANGELO CARVALHO & MITCHELL

By _/s/ Marissa R. Temple_
   MARISSA R. TEMPLE, ESQ.
   Nevada Bar No. 9028
   700 S. Third Street
   Las Vegas, Nevada 89101
   Attorney for Intervenor Acuity, A Mutual Insurance Company

///

///

///

///

///

| | |
|---|---|
| 1 | |
| 2 | Alvarado-Herrera vs. R&A Carriers, Inc., et al. |
| 3 | Case No. 2:19-cv-00748-JAD-VCF<br>Stipulation and Order |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
DATED this _____ day of October, 2019