STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff, Estevan Alvarado-Herrera*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS ALVAREZ, JR., Individually; R & A CARRIERS, INC., a Texas Corporation; ALVARO JOSE MEDEL, Individually; ONE WAY TRUCKING, LLC, a Texas Limited Liability Company, and, DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00748-JAD-VCF<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Steven T. Jaffe, Esq. and Taylor R. Anderson, Esq., of Hall, Jaffe & Clayton, LLP, hereby associates in as co-counsel for Plaintiff ESTEVAN ALVARADO-HERRERA, with John P. Shannon, Esq., and Jason S. Cook, Esq., of the Law Office of William H. Jackson.

Steven T. Jaffe, Esq. and Taylor R. Anderson, Esq., of Hall, Jaffe & Clayton, LLP, hereby request that they be added to counsels' service list and be copied on all correspondence, pleadings, discovery, etc.

////

////

1

DATED this \_\_15\_\_ day of October 2019.

HALL JAFFE & CLAYTON, LLP

By: /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Plaintiff, Estevan Alvarado-Herrera*

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_15th\_\_ day of October, 2019, a true and correct copy of the foregoing NOTICE OF ASSOCIATION OF COUNSEL on the following parties by electronic transmission through the Court's electronic filing system (CM/ECF) or by placing in the U.S. Mail:

JOSE LUIS ALVAREZ, JR.
1201 Moreno
Laredo, Texas 78043
*Pro Se Defendant*

ONE WAY TRUCKING, LLC
c/o Resident Agent: Jesus Munoz
9119 Mount Olympus Drive
El Paso, Texas 79924
*Pro Se Defendant*

ALVARO JOSE MEDEL
2107 Lane
Laredo, Texas, 78043
*Pro Se Defendant*

D. Lee Roberts Jr, Esq.
Daniela LaBounty, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant R&A Carriers*

Marissa R. Temple, Esq.
Rogers Mastrangelo Carvalho & Mitchell
700 South Third Street
Las Vegas, NV 89101
*Attorney for Intervenor*

_____
An Employee of HALL JAFFE & CLAYTON, LLP