JOHN P. SHANNON
Nevada Bar No. 7906
JASON S. COOK
Nevada Bar No. 7965
LAW OFFICE OF WILLIAM H. JACKSON
6130 Elton Avenue
Las Vegas, Nevada 89107
Phone: (702) 489-3030
Facsimile: (702) 489-3033

Attorneys for Plaintiff
ESTEVAN ALVARADO-HERRERA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, an individual;<br><br>        Plaintiff,<br><br>     vs.<br><br>JOSE LUIS ALVAREZ, JR, individually; R & A CARRIERS, INC., a Texas corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and, DOES III through X, inclusive,<br><br>        Defendants.<br>_____<br>ACUITY, A MUTUAL INSURANCE COMPANY<br><br>        Intervenor.<br>_____ | Case No.:  2:19-cv-00748-JAD-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff **ESTEVAN ALVARADO-HERRERA**, Defendant **R & A CARRIERS, INC.**, and

Intervenor **ACUITY A MUTUAL INSURANCE COMPANY**, by and through their respective counsel

of record, Stipulated to a Discovery Plan and Scheduling Order on August 2, 2019 in the parties Stipulation and Order to Extend Discovery Period as follows:

1. **DISCOVERY CUT-OFF DATE.**   The parties Stipulated to extend Discovery Cut-Off to **January 28, 2020**.

2. **LAST DAY TO AMEND PLEADINGS AND/OR ADD PARTIES.**  Shall occur ninety (90) days prior to the Discovery Cut-off date – in this matter:  **October 28, 2019**.

3. **DISCLOSURE OF EXPERTS.**   The last day for disclosing experts will be sixty (60) days before the close of discovery which is **November 27, 2019**.

4. **REBUTTAL EXPERTS.**   The last day for disclosing rebuttal experts shall be thirty (30) days after the disclosure of initial experts which is **December 27, 2019**.

5. **DISPOSITIVE MOTIONS.**   The last date for filing dispositive motions shall be no later than thirty (30) days after the close of discovery which is **February 28, 2020**.

6. **PRE-TRIAL ORDER.**   The Joint Pre-Trial Order shall be filed no later than thirty (30) days after the date set for the filing of dispositive motions which is **March 30, 2020**.  The disclosures required by F.R.C.P. 26(a)(3) and any objections thereto shall be included in the Pre-Trial Order.   In the event dispositive motions are filed, the filing of the Pre-Trial shall be suspended until thirty (30) days after the Court enters its decision on the dispositive motion, if any.

7. **ALTERNATIVE DISPUTE RESOLUTION.**   The parties met previously determined that the possibility of using alternative dispute-resolution processes including mediation and arbitration, and the parties determined it was premature to discuss such measures at this time, but will consider alternative dispute resolutions as the case moves forward.

8.      **ALTERNATIVE FORMS OF CASE DISPOSITION**.  The parties considered consent to trial by magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program, and at this time do not consent to trial by magistrate or the short trial program.

9.      **ELECTRONIC EVIDENCE**.  The parties certified they discussed whether they intend to present evidence in electronic format to jurors, and the parties determined at this time there would not be any.  If the parties revisit the presentation of any electronically stored information, they will file the appropriate stipulation with the Court.

Plaintiff ESTEVAN ALVARADO-HERRERA filed his Amended Complaint against Defendant **One Way Trucking, LLC** and Defendant **Alvaro Jose Medel** on August 29th, 2019.

Defendant **Acuity** filed its' Answer to the Amended Complaint on August 29th, 2019.  Defendant **R & A Carriers, Inc**. filed its' Answer to the Amended Complaint on September 10th, 2019.

///

///

///

///

///

///

///

///

///

///

///

///

1  Defendant **One Way Trucking, LLC** was served with the Summons and Amended Complaint

2  on September 13, 2019.  Defendant **Alvaro Jose Medel** was served with the Summons and Amended

3  Complaint on September 10, 2019.  Neither Defendant One Way Trucking, LLC nor Defendant Alvaro

4

5  Jose Medel has filed an Answer to the Amended Complaint.

6  DATED this 14th day of October, 2019.        DATED this 14th day of October, 2019.

7  LAW OFFICE OF WILLIAM H. JACKSON        WEINBERG WHEELER HUDGINS GUNN
                                                        & DIAL
8

9  By  /s/ John P. Shannon_____        By   /s/ Daniela LaBounty_____
       JOHN P. SHANNON, ESQ.                 D. LEE ROBERTS, JR., ESQ.
10      Nevada Bar No. 7906                   Nevada Bar No. 8877
       JASON S. COOK, ESQ.                   DANIELA LaBOUNTY, ESQ.
11      Nevada Bar No. 7965                   Nevada Bar No. 13169
       6130 Elton Avenue                     6385 S. Rainbow Blvd., Suite 400
12      Las Vegas, Nevada  89107             Las Vegas, Nevada  89118
       Attorney for Plaintiff               Attorney for Defendant R&A Carriers, Inc.
13

14

15  DATED this 14th day of October, 2019.

16  ROGERS MASTRANGELO CARVALHO
       & MITCHELL
17

18

19  By   /s/ Marissa R. Temple_____
       MARISSA R. TEMPLE, ESQ.
20      Nevada Bar No. 9028
       700 S. Third Street
21      Las Vegas, Nevada  89101
       Attorney for Intervenor Acuity, A Mutual
22      Insurance Company

23  ///

24  ///

25  ///

26  ///

27  ///

28

-4-

Alvarado-Herrera vs. R&A Carriers, Inc., et al.
Case No. 2:19-cv-00748-JAD-VCF
Stipulation and Order

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
DATED this  15th  day of October, 2019