## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Nevada

Case Number: 2:19-CV-00748-JAD-VCF

Plaintiff:
**Estevan Alvarado-Herrera, an individual**
vs.
Defendant:
**Jose Luis Alvarez, Jr., et al.**

For: Law Office of William H. Jackson

Received by Austin Process LLC on the 9th day of September, 2019 at 5:45 pm to be served on Alvaro Jose Medel, 2107 Blaine Street, Laredo, Webb County, TX 78043. I, MARTIN H VACCA, being duly sworn, depose and say that on the 10 day of September, 2019 at 6:55 p.m., executed service by delivering a true copy of the Summons in a Civil Action and Amended Complaint in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person at _____ CO _____.

(X) SUBSTITUTE SERVICE: By serving SANTA MEDEL as Sister/Resident of ALVARO JOSE MEDEL at 2107 BLAINE ST LAREDO TX 78043

( ) POSTED SERVICE: After attempting service to the front door or front gate on the property described at _____

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service was
(✓) Made ( ) Attempted
outside the State of Nevada
Not subject to
NRS 14.025

Subscribed and Sworn to before me on the 10 day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC
Jevony J. Vacca
Notary Public
State of Texas
Comm. Exp. 10-03-2020
Notary ID 129150700

PROCESS SERVER # PSC1257 Exp 7/31/20
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2019008841
Ref: Jackson/1907654