# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ALVAREZ, JR. individually; R & A CARRIERS, INC., a Texas corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and DOES III through X, inclusive,<br><br>Defendants. | 2:19-cv-00748-JAD-VCF<br>**MINUTE ORDER** |
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Intervenor. | |

Before the Court is Plaintiff's Unopposed Request for Case Management Conference (ECF NO. 41).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Unopposed Request for Case Management Conference (ECF NO. 41) is scheduled for 1:00 p.m., February 6, 2020, in Courtroom 3D.

Dated this 3rd day of February, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE