

Darrell D. Dennis
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Darrell.Dennis@lewisbrisbois.com
Direct: 702.693.4368

Cory R. Eichelberger
Cory.Eichelberger@lewisbrisbois.com
Direct: 702.693.4395

Sarah B. Hartig
Sarah.Hartig@lewisbrisbois.com
Direct: 702.693.4339

May 8, 2020

File No. 27565.501

**VIA U.S. MAIL**
Honorable Judge Cam Ferenbach
333 Las Vegas Blvd South
Las Vegas, NV 89101

    Re:    *Alvarado-Herrera v. One Way Trucking*
             US District Court, Nevada Case No. 2:19-cv-00745

Honorable Judge Ferenbach:

    Please allow this to provide you with an update regarding the progress of the parties submission of an updated Stipulated Discovery Plan. Pursuant to the hearing on February 6, 2020, and this Court's Minute Order (Docket No. 43), the parties were to submit the same by April 27, 2020. The updated Discovery Plan is necessary due to the Plaintiff's recent filing of an Amended Complaint to add R&R Express, Inc. as an additional defendant.

    At this time, R&R Express, Inc. has not entered a formal appearance, but the undersigned counsel has been in contact with its carrier and understands that they are in the process of confirming retention of counsel on its behalf. On that basis, Plaintiff's counsel has agreed to an extension for R&R Express, Inc. to file a responsive pleading until May 15, 2020. As such, counsel for the parties have conferred and agreed that it would be prudent to await an appearance on behalf of R&R Express, Inc. before submitting the Discovery Plan so that counsel on behalf of R&R Express, Inc. can be involved in discussions regarding the new proposed deadlines.

. . .

. . .

. . .

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4831-7904-3772.1

Honorable Judge Cam Ferenbach
Re: *Alvarado-Herrera v. One Way Trucking*
May 8, 2020
Page 2

   Accordingly, the parties would request that this Honorable Court permit an extension for submission of an updated proposed Discovery Plan until June 1, 2020. We appreciate the Court's attention to and consideration of the issues outlined herein. Please advise if the requested extension is acceptable and/or if you if you would like to schedule a conference with the parties to discuss the same.

              Sincerely,

              */s/ Sarah B. Hartig*

              Darrell D. Dennis of
              Cory R. Eichelberger of
              Sarah B. Hartig for
              LEWIS BRISBOIS BISGAARD & SMITH LLP

DDD/CRE/SBH
cc: Taylor Anderson, Esq.