# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

ESTEVAN ALVARADO-HERRERA,

                Plaintiff,

vs.

JOSE LUIS ALVAREZ, JR. individually; R &
EXPRESS, INC., a Pennsylvania corporation;
ALVARO JOSE MEDEL, individually; ONE
WAY TRUCKING, LLC., a Texas Limited
Liability Company; and DOES III through X,
inclusive,

                Defendants.

2:19-cv-00748-JAD-VCF

**<u>ORDER</u>**

      Before the Court is the Notice of Partial Settlement as to Defendants only and Withdrawal of
Motion (ECF NO. 72).

      Accordingly,

      IT IS HEREBY ORDERED that the video conference hearing scheduled for 11:00 AM, May 10,
2021, on Defendants Jose Alvarez, Jr. and One Way Trucking, LLC's Motion to Extend Discovery (ECF
No. 63), is VACATED.

      DATED this 6th day of May, 2021.

                                   _____

                                   CAM FERENBACH
                                   UNITED STATES MAGISTRATE JUDGE