CORY R. EICHELBERGER
Nevada Bar No. 10577
SARAH B. HARTIG
Nevada Bar No. 10070
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
Email: cory.eichelberger@lewisbrisbois.com
Email: sarah.hartig@lewisbrisbois.com
*Attorneys for Defendant*
*ONE WAY TRUCKING, LLC; JOSE LUIS ALVAREZ, JR.; and R&R EXPRESS, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ALVAREZ, JR. individually; R & EXPRESS, INC., a Pennsylvania corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and DOES III through X, inclusive,<br><br>Defendant.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Intervenor. | CASE NO. 2:19-CV-00748-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ESTEVAN ALVARADO-HERRERA and Defendants JOSE LUIS ALVAREZ, JR., R & EXPRESS, INC., ALVARO JOSE MEDEL, and ONE WAY TRUCKING, LLC ("Defendants"), through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice as to the Defendants Jose Luis Alvarez, Jr., R&R Express, Inc, Alvaro Jose Medel and One Way Trucking, LLC, ONLY.

4826-5030-0904.1

The parties shall bear their own costs and attorneys' fees.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated this 29th of July, 2021.                    Dated this 29th of July, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP    LAW OFFICES OF WILLIAM H. JACKSON

 /s/ Cory R. Eichelberger                     /s/ John P. Shannon
CORY R. EICHELBERGER                          JOHN P. SHANNON
Nevada Bar No. 10577                          Nevada Bar No. 7906
SARAH B. HARTIG                               JASON S. COOK
Nevada Bar No. 10070                          Nevada Bar No. 7965
6385 S. Rainbow Boulevard, Suite 600          6130 Elton Ave.
Las Vegas, Nevada 89118                       Las Vegas, Nevada 89107
*Attorneys for One Way Trucking, LLC;*        *Attorneys for Plaintiff*
*Jose Luis Alvarez, Jr., and R&R Express,*
*Inc.*

Dated this 29th of July, 2021.

HALL JAFFE & CLAYTON, LLP

 /s/ Taylor R. Anderson
STEVEN T. JAFFE
Nevada Bar No. 7035
TAYLOR R. ANDERSON
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED this \_\_\_\_ day of _____, 2021.

4826-5030-0904.1                              2