CORY R. EICHELBERGER
Nevada Bar No. 10577
SARAH B. HARTIG
Nevada Bar No. 10070
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Fax: 702.893.3789
Email: cory.eichelberger@lewisbrisbois.com
Email: sarah.hartig@lewisbrisbois.com
*Attorneys for Defendant*
*ONE WAY TRUCKING, LLC; JOSE LUIS ALVAREZ, JR.; and R&R EXPRESS, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTEVAN ALVARADO-HERRERA, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ALVAREZ, JR. individually; R & EXPRESS, INC., a Pennsylvania corporation; ALVARO JOSE MEDEL, individually; ONE WAY TRUCKING, LLC., a Texas Limited Liability Company; and DOES III through X, inclusive,<br><br>Defendant.<br><br>ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>Intervenor. | CASE NO. 2:19-CV-00748-JAD-VCF<br><br>**Stipulation and Order Dismissing Claims and Closing Case**<br><br>ECF No. 82 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ESTEVAN ALVARADO-HERRERA and Defendants JOSE LUIS ALVAREZ, JR., R & EXPRESS, INC., ALVARO JOSE MEDEL, and ONE WAY TRUCKING, LLC ("Defendants"), through their respective counsel of record, that the above-entitled action shall be dismissed with prejudice as to the Defendants Jose Luis Alvarez, Jr., R&R Express, Inc, Alvaro Jose Medel and One Way Trucking, LLC, ONLY.

4826-5030-0904.1

The parties shall bear their own costs and attorneys' fees.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated this 29th of July, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cory R. Eichelberger
CORY R. EICHELBERGER
Nevada Bar No. 10577
SARAH B. HARTIG
Nevada Bar No. 10070
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for One Way Trucking, LLC; Jose Luis Alvarez, Jr., and R&R Express, Inc.*

Dated this 29th of July, 2021.

LAW OFFICES OF WILLIAM H. JACKSON

/s/ John P. Shannon
JOHN P. SHANNON
Nevada Bar No. 7906
JASON S. COOK
Nevada Bar No. 7965
6130 Elton Ave.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Dated this 29th of July, 2021.

HALL JAFFE & CLAYTON, LLP

/s/ Taylor R. Anderson
STEVEN T. JAFFE
Nevada Bar No. 7035
TAYLOR R. ANDERSON
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 82]** and good cause appearing, and because the dismissal of these claims between the stipulating parties resolves all remaining claims, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 9, 2021

4826-5030-0904.1

2